### 11790.  MUTUAL BENEFIT LIFE INSURANCE CO. *v.* FOWLER.

BLOODWORTH, J.  1.  No error that would require the grant of a new trial
was committed in any of the rulings on the admission of evidence, of
which complaint is made in grounds 5, 6, and 7, or in rejecting evi-
dence as complained of in ground 8, of the motion for a new trial.

2.  That a ground of a motion for a new trial based on the admission of
evidence presents nothing for adjudication if such evidence is not set
forth either literally or in substance or attached as an exhibit to the
motion has been repeatedly ruled by this court and the Supreme Court.
*Bennett* v. *Patten,* 148 *Ga.* 66 (3 *a*) (95 S. E. 690), and cases cited;
*Smith* v. *Leverett,* 22 *Ga. App.* 290 (2) (96 S. E. 8), and cases cited.
As the evidence the admission of which is complained of in grounds 9
and 10 of the motion for a new trial is not set out literally or in
substance, these grounds present nothing for consideration by this
court.

3.  No reversible error is found in the excerpts from the charge of the
court of which complaint is made.  The charge covered all the material
issues of the case accurately and clearly.  If a fuller charge on any
phase of the case was desired, a proper written request therefor should
have been made to the court before the jury retired to consider of their
verdict.

4. There was evidence to support the finding of the jury, which has the approval of the trial judge, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1921.

Action on insurance policy; from Meriwether superior court — Judge Terrell. July 1, 1920.

Application for certiorari was denied by the Supreme Court.

*Brewster, Howell & Heyman,* for plaintiff in error.

*Halchett & Hatchett, N. F. Culpepper,* contra.